AE

**Complaints**

1:07-cv-99999 Plaintiff v. Defendant

Docket Text: Modify as Appropriate.

COMPLAINT                              filed by Plaintiff; Filing fee $ 350, receipt number 2320722. (Attachments: # (1) Civil Cover Sheet # (2) Appearance# (3) Summon) (Carollo, Amy)

FILE COPY

[Next]   [Clear]

Laborers Pension Fund et al
vs.
Concrete by Fleming, Inc., an Ill. corp

FILED

NOV 15 2007
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6469
JUDGE GETTLEMAN
MAG.JUDGE KEYS

## Yohanna Butler

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Thursday, November 08, 2007 3:13 PM |
| To: | Yohanna Butler |
| Subject: | Pay.Gov Payment Confirmation |

```
THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UDVBUD
Payment Agency Tracking ID: 2320722

Cardholder Name: Karen Tarjan
Cardholder Address: 11465 Cermak Rd
Cardholder City: Westchester
Cardholder State: IL
Cardholder Country: USA
Cardholder Zip Code: 60154
Card Type: Master Card
Payment Amount: $350.00
Transaction Date: Nov 8, 2007 4:12:37 PM
```

1