*AE*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an atto
standing of this Court's general bar or be granted le
by Local Rules 83.12 through 83.14.

07CV6469
JUDGE GETTLEMAN
MAG.JUDGE KEYS

In the Matter of

Laborers Pension Fund and Laborers Welfare Fund, et al.
v.

Concrete by Fleming, Inc., an Illinois corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department
of the Construction and General Laborers' District Council of Chicago and Vicinity, and
James S. Jorgensen, Administrator of the Funds

**FILED**

NOV 1 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE  /s/ Christina Krivanek | *Christina* |
|---|---|

| FIRM     Office of Fund Counsel, Laborers' Pension and Welfare Funds |
|---|

| STREET ADDRESS  53 W. Jackson Blvd., Suite 550 |
|---|

| CITY/STATE/ZIP    Chicago, IL  60604 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6286644 | TELEPHONE NUMBER  312/692-1540 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐  NO ☑ |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |