IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and | ) | |
| LABORERS' WELFARE FUND OF THE | ) | |
| HEALTH AND WELFARE DEPARTMENT | ) | |
| OF THE CONSTRUCTION AND GENERAL | ) | |
| LABORERS' DISTRICT COUNCIL OF | ) | |
| CHICAGO AND VICINITY, and JAMES S. | ) | |
| JORGENSEN, Administrator of the Funds, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07 C 6469 |
| v. | ) | |
| | ) | Judge Gettleman |
| CONCRETE BY FLEMING, INC., an Illinois | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' INITIAL STATUS REPORT

**A. The date and time this matter is set for a status report before the Court.**

This matter is set for a status before the Court on January 24, 2007 at 9:00 a.m.


**B. The attorneys of record for each party.**

The attorneys for the Plaintiffs are Patrick T. Wallace, Jerrod Olszewski,

Christina Krivanek, Amy Carollo, and Charles Ingrassia.  There are no attorneys of

record for the Defendant.


**C. The basis of federal jurisdiction.**

Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee

Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132

(e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), and 28 U.S.C. §1331.

**D. Whether a jury has been requested and by which party.**

A jury has not been requested by the Plaintiffs.

**E. The nature of the claims asserted in the complaint and any counterclaim.**

Plaintiffs filed the Complaint seeking recovery of unpaid benefit contributions, union dues, interest, liquidated damages, audit costs pursuant to an audit of the Company's books and records for the period of January 1, 2007 through August 31, 2007, to compel the Company to submit benefits reports and contributions from August 2007 forward, and to pay delinquent benefits contributions and dues, including liquidated damages, interest, and Plaintiffs' reasonable attorneys' fees and costs, to compel the Company to obtain and maintain a surety bond.

**F.  The relief sought by any party.**

Plaintiffs seek relief in the form of payment of the August 2007 forward benefits and dues reports, unpaid benefit contributions and union dues on the audit for the period of January 1, 2007 through August 31, 2007, plus liquidated damages, interest, a surety bond, and attorneys' fees and costs.  The Company is in the process of submitting challenges to the audit and submitting its reports.

**G. The name of any party who or which has not been served.**

      The Defendant Company was served on November 11, 2007.


**H. The principal legal issues.**

      The principal legal issues are whether the Company failed to report and pay benefit contributions and/or union dues owed to the Funds and/or the Construction and General Laborers District Council of Chicago and Vicinity for work performed by employees covered under the terms of the collective bargaining agreement for the audit period of January 1 through August 31, 2007 and for benefits and dues reports for the period of August 2007 forward.


**I. The principal factual issues.**

      The principal factual issue is if the Company failed to report and pay benefit reports and/or union dues owed to the Funds and/or the Construction and General Laborers District Council of Chicago and Vicinity for work performed by employees covered under the terms of the collective bargaining agreement for the audit period of January 1 through August 31, 2007 and for benefits and dues reports for the period of August 2007 forward.


**J. A brief description of all anticipated motions.**

      At this time, Plaintiffs and Defendant are attempting to resolve this matter. As such, no motions are anticipated.

**K. A proposed discovery plan pursuant to F. R. Civ. P. 26(f).**

As the parties are currently attempting to resolve this matter, the Funds request that discovery be stayed for sixty days.

**L. The earliest date the parties would be ready for trial and the probable length of trial.**

As the parties are currently attempting to resolve this matter, the Funds do not foresee that a trial will be needed.  However, if discussions fail, the Funds could be ready for trial after June 23, 2007.  The probable length of a trial would be one to two days.

**M. The status of any settlement discussions.**

The parties are currently attempting to resolve this matter.  As such, at this time, as settlement conference is not requested.

**N. Whether the parties will consent to trial before a magistrate judge.**

The Funds do not consent to a trial before the magistrate.

Respectfully submitted,

                                                            LABORERS PENSION AND WELFARE FUNDS

Date:  January 21, 2008                    By:  /s/ Amy Carollo

Office of Fund Counsel
111 W. Jackson, Suite 1450
Chicago, IL 60604
(312) 692-1540

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she caused copies of the foregoing Plaintiffs' Initial Status Report to be served upon the following via U.S. postal mail and the Court's electronic docketing system this 21st day of January 2007.

Concrete by Fleming, Inc.
c/o Donald L. Cordano, Registered Agent
2321 Plainfield Road
Crest Hill, IL 60435

By U.S. Mail and Facsimile (815-467-7669)
Concrete By Fleming, Inc.
P.O. Box 298
Minooka, IL 60447

/s/ Amy Carollo