**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 07 C 6469 |
| v. | ) ) | Judge Gettleman |
| CONCRETE BY FLEMING, INC., an Illinois Corporation | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Concrete by Fleming, Inc.
c/o Donald L. Cordano, Registered Agent
2321 Plainfield Road
Crest Hill, IL 60435

Concrete By Fleming, Inc.
P.O. Box 298
Minooka, IL 60447

PLEASE TAKE NOTICE that on this 21st day of January, 2008 the undersigned filed with the Clerk of Court the attached Initial Status Report, a copy of which is herewith served upon you.

January 21, 2008                                        **LABORERS' PENSION FUND ET AL.**

                                                   By:    /s/ Amy Carollo

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-15

## **PROOF OF SERVICE BY MAIL**

The undersigned certifies that on this 21st day of January, 2008 she served this notice to the above addressee(s) via U.S. Mail.

/s/Amy Carollo