IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | |
| Plaintiffs, | Case No.: 07 C 6469 |
| v. | Judge Gettleman |
| CONCRETE BY FLEMING, INC., an Illinois corporation, | |
| Defendant. | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Now come Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds (collectively referred to hereinafter as the "Funds"), by and through their attorney, Amy Carollo, and hereby move this Court to enter Default Judgment in Sum Certain against Defendant Concrete By Fleming, Inc. (hereinafter "Company"). In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on November 17, 2007 seeking to compel Defendant to submit benefit reports and contributions for the period of August 2007 forward, to submit liquidated damages and shortages owed to the Dues Fund, to pay amounts owed on an audit for the period of January 1, 2007 through August 31, 2007 and

to obtain and maintain a bond. The audit was later revised to only include the periods of June 1, 2007 through August 31, 2007.

2. Summons and Complaint were personally served on Defendant on November 21, 2007. A true and accurate copy of the affidavit of service is attached hereto as Exhibit A. Defendant failed to answer or otherwise plead. Accordingly, Defendant is in default.

3. As set forth in the Affidavit of John Bronson, filed contemporaneously herewith and attached hereto as Exhibit B, pursuant to the Agreement, and the Funds' respective Agreements and Declarations of Trust, the Funds are entitled to contributions and dues, liquidated damages and interest on the unpaid September through December 2007 reports, unpaid liquidated damages and shortages to the Dues Fund, the audit for the period of June 1, 2007 through August 31, 2007, and a bond. See Exhibit B, ¶¶ 1 through 5.

4. Pursuant to Section 502(g)(2) of the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. § 1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, federal common law, the Agreement, and the Funds' respective Agreements and Declarations of Trust, the Funds are entitled to judgment in the amount of $22,591.54 against Defendant as follows:

    a. $16,808.76 in contributions, liquidated damages and interest on the unpaid September 2007 through December 2007 benefits and dues reports. See Affidavit of John Bronson, attached as Exhibit B, ¶ 5;

2

  b.  $3,538.18 in contributions, liquidated damages, interest, and audit costs on the June 1, 2007 through August 31, 2007 audit. See Exhibit B, ¶ 6; and

  c.  $1,224.60 in attorneys' fees and costs as set forth in the Declaration of Amy Carollo attached as Exhibit C.

WHEREFORE, Plaintiffs respectfully request that judgment be entered in Plaintiffs' favor and against Defendant Concrete By Fleming, Inc. in the amount of $22,591.54 as follows:

  A.  $16,808.76 in contributions, liquidated damages and interest on the unpaid September 2007 through December 2007 benefits and dues reports;

  B.  $3,538.18 in contributions, liquidated damages, interest, and audit costs on the June 1, 2007 through August 31, 2007 audit;

  C.  $2,244.60 in attorneys' fees and costs;

  D.  Ordering Defendant to obtain and maintain a surety bond in accordance with the terms of the Agreement; and

  D.  Ordering Defendant to pay post judgment interest in all amounts due from the date of judgment until the judgment is satisfied.

April 30, 2008                                             Laborers' Pension Fund, et al.


                                                                                    By: /s/ Amy Carollo


Amy Carollo
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

4