IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND and )
LABORERS' WELFARE FUND OF THE )
HEALTH AND WELFARE DEPARTMENT )
OF THE CONSTRUCTION AND GENERAL )
LABORERS' DISTRICT COUNCIL OF )
CHICAGO AND VICINITY, and JAMES S. )
JORGENSEN, Administrator of the Funds, )
                                  )
                Plaintiffs, )      **Case No.: 07 C 6469**
    v. )
                                    )      **Judge Gettleman**
CONCRETE BY FLEMING, INC., an Illinois )
corporation, )
                                    )
                Defendant. )

## DECLARATION OF AMY N. CAROLLO

I, AMY N. CAROLLO, declare and state as follows:

1.      I am Funds Counsel for Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds"), Plaintiffs in the above-referenced action. This Declaration is submitted in support of the Laborers' Funds' Motion for Entry of Default Judgment in Sum Certain.

2.      Shareholders of the law firms of Allison, Slutsky & Kennedy, and the Law Offices of Marc Pekay, out-of-house collection counsel for the Laborers' Funds, bill the Laborers' Funds at a rate of $175.00 per hour for shareholders, $150.00 per hour for associates, and $75.00 per hour for paralegals. Affiant, as in-house counsel for the Laborers' Funds, has first-hand knowledge that the foregoing hourly rates have been found reasonable and have been awarded by many courts in collection proceedings.



EXHIBIT
C

3.    Amy N. Carollo received a Bachelor of Arts Degree from Illinois State University in 2000, Masters of Science from University of Illinois at Chicago in 2002 and a Juris Doctor from Chicago-Kent College of Law in 2005. She was admitted to the bar of the State of Illinois in November of 2005 and to the bar of the United States District Court for the Northern District in January 2006. In March 2006, she became in-house counsel for the Laborers' Pension Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity.

4.    Based on the foregoing, $175.00 represents a fair and reasonable market rate for my in-house legal services to the Funds in this matter.

5.    Patrick T. Wallace received a Bachelor of Arts Degree from the University of Illinois at Urbana-Champaign in 1992 and a Juris Doctor Degree from the University of DePaul College of Law in 1995. He was admitted to the bar of the State of Illinois in November 1995 and to the bar of the United States District Court for the Northern District of Illinois in December 1995. He also been admitted to the bar of the United States District Court for the Central District of Illinois. He was admitted to the Trial Bar of the Northern District of Illinois on September 20, 2000. From November 1995 to August 2000 he practiced labor and employment law as an associate at the law firm of Katz, Friedman, Eagle, Eisenstein & Johnson (formerly Katz, Friedman, Schur & Eagle). In September 2000, he became Funds Counsel for the Laborers' Pension Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity.

6.    Based on the foregoing, $175.00 represents a fair and reasonable market rate for Patrick T. Wallace's in-house legal services to the Funds in this matter.

7.      Jerrod Olszewski, in-house counsel for the Laborers' Funds, received a Bachelor of Arts Degree from Benedictine University in 1993 and a Juris Doctor Degree from the John Marshall Law School in 2002. He was admitted to the bar of the State of Illinois in May, 2002, and to the bar of the United States District Court for the Northern District of Illinois in May, 2002. From May, 2002 to December, 2004, he practiced labor and employment law as an associate at the law firm of Katz, Friedman, Eagle, Eisenstein & Johnson, former out-of-house counsel to the Laborers' Funds, with the majority of his work being spent representing the Laborers' Funds. In December, 2004, he became in-house counsel for the Laborers' Funds.

8.      Based on the foregoing, $175.00 represents a fair and reasonable market rate for Jerrod Olszewski's in-house legal services to the Funds in this matter.

9.      Christina Krivanek received a Bachelor of Arts Degree from The Ohio State University in 2002 and a Juris Doctor Degree from the DePaul University College of Law in 2005. She was admitted to the bar of the state of Illinois in November 2005 and to the bar of the United States District Court for the Northern District of Illinois in January 2006. In January 2006, she became in-house counsel for the Laborers' Pension Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity.

10.     Based on the foregoing, $175.00 represents a fair and reasonable market rate for my in-house legal services to the Funds in this matter.

11.     Charles Ingrassia, in-house counsel for the Laborers' Funds, received a Bachelor of Science Degree from Radford University in 2002 and a Juris Doctor from the University of Illinois College of Law at Urbana-Champaign in 2006. He was admitted to the bar of the State of

Illinois in November of 2006 and to the bar of the United States District Court for the Northern

District in July 2007. In July 2007, he became in-house counsel for the Laborers' Funds.

12.    Based on the foregoing, $150.00 represents a fair and reasonable market rate for

Charles Ingrassia's in-house legal services to the Funds in this matter.

13.    Exhibit 1 attached hereto sets forth the time expended to date by in-house counsel

on this matter. As set forth in that Exhibit, in-house has expended 10.70 hours totaling

$1,820.00 in attorneys' fees and $424.60 in expenses totaling $2,244.60.

I, the undersigned, certify under penalty of perjury that the foregoing is true and correct.


Date: _____          _____
                                        Amy N. Carollo

Laborers Pension and Welfare Funds
11465 Cermak Rd.
Westchester, IL 60154

Invoice submitted to:
Concrete by Fleming

April 29, 2008

Invoice #10072

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/6/2007 | ANC | Conference with PTW | 0.10<br>175.00/hr | 17.50 |
| | ANC | Draft Complaint | 0.20<br>175.00/hr | 35.00 |
| 11/8/2007 | PGL | Preparation of exhibits | 0.20<br>75.00/hr | 15.00 |
| 11/16/2007 | ANC | Draft letter to District Counsel | 0.10<br>175.00/hr | 17.50 |
| 11/26/2007 | ANC | Call from J. Bronson, call from company, call to J. Bronson, Motion to File | 0.60<br>175.00/hr | 105.00 |
| 12/13/2007 | ANC | Call Crystal (message) Telephone conference with Crystal; Call from J. Bronson. | 0.40<br>175.00/hr | 70.00 |
| 12/5/2007 | ANC | Conference with PTW | 0.10<br>175.00/hr | 17.50 |
| 12/6/2007 | ANC | Review Letter; Call dues; call J. Bronson, Call CO, Motion to file. | 0.60<br>175.00/hr | 105.00 |
| 1/2/2008 | ANC | Review of letter; call to J. Bronson. | 0.20<br>175.00/hr | 35.00 |
| 1/4/2008 | ANC | Call to Company; review of what's owed. | 0.20<br>175.00/hr | 35.00 |


EXHIBIT
C-1

Concrete by Fleming                                                                              Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2008 | ANC | Telephone calls with Crystal. | 0.20<br>175.00/hr | 35.00 |
| 1/18/2008 | ANC | Call to Crystal; fax to Crystal. | 0.10<br>175.00/hr | 17.50 |
| 1/23/2008 | CI | Speak with ANC re: status call, review status report in preparation | 0.60<br>150.00/hr | 90.00 |
| 1/24/2008 | CI | Status court call and update memo to file | 0.70<br>150.00/hr | 105.00 |
| 1/23/2008 | ANC | Review J. Bronson fax, Draft Decleration and letters for Vieno and M. Marion; Draft letter and fax Crystal; Conference with CI re: coverage | 0.80<br>175.00/hr | 140.00 |
| 1/21/2008 | ANC | Telephone message from T. Fleming; Calls to T. Fleming, Calls from Crystal, Review fax, telephones call to and from J. Bronson, Fax J. Bronson, Draft initial status report | 1.90<br>175.00/hr | 332.50 |
| 1/22/2008 | ANC | Message from Crystal | 0.10<br>175.00/hr | 17.50 |
| | ANC | Fax J. Bronson; Call from Bronson | 0.10<br>175.00/hr | 17.50 |
| 2/26/2008 | ANC | Telephone message to Crystal | 0.10<br>175.00/hr | 17.50 |
| 2/27/2008 | ANC | Call from Crystal Hall | 0.20<br>175.00/hr | 35.00 |
| 2/28/2008 | ANC | Telephone message from Crystal, Call Crystal | 0.20<br>175.00/hr | 35.00 |
| | ANC | Draft Decleration; Draft letter to Crystal, Motion to File | 0.20<br>175.00/hr | 35.00 |
| 3/17/2008 | ANC | Call Co. No Answer | 0.10<br>175.00/hr | 17.50 |
| 4/3/2008 | ANC | Call Crystal (message) | 0.10<br>175.00/hr | 17.50 |
| 4/2/2008 | ANC | Call Crystal | 0.10<br>175.00/hr | 17.50 |
| 3/25/2008 | ANC | Call Crystal | 0.10<br>175.00/hr | 17.50 |
| 3/26/2008 | ANC | Review Co. Fax, Draft letter and fax to J. Bronson, Call J. Bronson | 0.20<br>175.00/hr | 35.00 |

Concrete by Fleming                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2008 | ANC | Review J. Bronson fax. Call J. Bronson | 0.20<br>175.00/hr | 35.00 |
|  | ANC | Draft Letter | 0.30<br>175.00/hr | 52.50 |
| 3/18/2008 | ANC | Call Co. Motion to File | 0.10<br>175.00/hr | 17.50 |
| 3/24/2008 | ANC | Call Crystal, Fax Decleration with letter | 0.10<br>175.00/hr | 17.50 |
| 4/29/2008 | ANC | Draft Motion for Entry of Default Judgment ; Telephone conference with  J. Bronson | 1.50<br>175.00/hr | 262.50 |

|  |  | | |
|---|---|---|---|
| | For professional services rendered | 10.70 | $1,820.00 |

Additional Charges :

| | | |
|---|---|---|
| 11/8/2007 | Photocopies of Summons and Complaint. | 9.60 |
| | Filing fee. | 350.00 |
| 11/21/2007 | Service of Summons. | 65.00 |
| | Total additional charges | $424.60 |
| | Total amount of this bill | $2,244.60 |
| | Balance due | $2,244.60 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amy N. Carollo | 9.20 | 175.00 | $1,610.00 |
| Charles Ingrassia | 1.30 | 150.00 | $195.00 |
| Paralegal | 0.20 | 75.00 | $15.00 |

4/29/2008　　　　　　　　　　Laborers Pension and Welfare Funds
1:38 PM　　　　　　　　　　　 Billing Worksheet Invoice Summary　　　　　　　　　Page　　1

| Client<br>Last bill<br>Last charge | Billable:<br>Fees<br>Costs<br>Hours | Unbillable:<br>Fees<br>Costs<br>Hours | Interest<br>Fin charge<br>Tax fees<br>Tax costs | Payments<br>Credits<br>Wrt offs<br>Refunds | Prior bal<br>New charges<br>New A/R<br>New bal |
|---|---|---|---|---|---|
| Concrete by Fleming | | | | | |
| | 1820.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/29/2008 | 424.60 | 0.00 | 0.00 | 0.00 | 2244.60 |
| 10072 | 10.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 | 2244.60 |
| | | | | | |
| Grand Total | 1820.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 424.60 | 0.00 | 0.00 | 0.00 | 2244.60 |
| | 10.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 | 2244.60 |

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that she caused a copy of the foregoing Motion for Entry of Default Judgment to be served upon the following person via U.S. First Class Mail, postage prepaid, on, April 30, 2008.

Tim Fleming
Concrete by Fleming, Inc.
2321 Plainfield Road
Crest Hill, IL 60435

/s/ Amy Carollo