IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No.: 07 C 6469 |
| v. | ) ) | Judge Gettleman |
| CONCRETE BY FLEMING, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Tim Fleming
      Concrete by Fleming Inc.
      3231 Plainfield Road
      Crest Hill, IL 60435

     PLEASE TAKE NOTICE that at 9:15 a.m. on Thursday, May 8, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Robert W. Gettleman., Room 1703, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs Motion For Entry of Default Judgment, a copy of which is herewith served upon you.

April 30, 2008                                          Laborers  Pension Fund, et al.

                                                     By: /s/ Amy N. Carollo

Office of Fund Counsel
111 W. Jackson Blvd., Suite 145
Chicago, IL  60604
(312) 692-1540

PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 30th day of April, 2008 she served this notice to the above addressee(s) via U.S. Mail.

/s/Amy N. Carollo