## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6469 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Laborers Pension vs Concrete by Fleming | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [17] for default judgment is granted in the amount of $22,591.54.
Defendant is to maintain a surety bond.
Defendant is to pay post judgment interest.

[For further detail see separate order]
[Docketing to mail notice]

00:04