

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> CONCRETE BY FLEMING, INC., an Illinois corporation, <br><br> Defendant. | Case No.: 07 C 6469 <br><br> Judge Gettleman |

### JUDGMENT ORDER

This matter having come to be heard on Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Funds") and James S. Jorgensen's Motion for Entry of Default Judgment in Sum Certain, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1.  That judgment in sum certain is hereby entered in favor of the Plaintiffs and against Defendant Concrete By Fleming, Inc., in the amount of $22,591.54 as follows:

    A.  $16,808.76 in contributions, liquidated damages and interest on the unpaid September 2007 through December 2007 benefits and dues reports;

B.   $3,538.18 in contributions, liquidated damages, interest, and audit costs on the June 1, 2007 through August 31, 2007 audit;

C.   $2,244.60 in attorneys' fees and costs;

D.   Ordering Defendant to obtain and maintain a surety bond in accordance with the terms of the Agreement; and

D.   Ordering Defendant to pay post judgment interest in all amounts due from the date of judgment until the judgment is satisfied.

ENTER:

_____
The Honorable Robert W. Gettleman
United States District Court Judge

Dated: _May 20, 2008_

2