UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **CONCRETE BY FLEMING, INC.** <br><br> DEFENDANT(S) | COURT DATE: **7/14/2008** <br><br> Case No. <br> **07 C 6469** <br><br><br> SERVICE DOCUMENTS: <br> **CITATION TO DISCOVER ASSETS** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 25, 2008**, at **4:22 PM**, I served the above described documents upon **CONCRETE BY FLEMING, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **TIM FLEMING / OWNER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **206 1/2 E. WAPELLA, MINOOKA, IL 60477**.

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **45**   Hgt: **5'10"**   Wgt: **195**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 26th day of June, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME: <br> Laborers Pension and Welfare Funds* <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 39183 |